UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **AMANDA REESE** | **CIVIL DOCKET NO. 5:22-CV-4443** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHELTER MUTUAL INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 20], and after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the REPORT AND RECOMMENDATION [Doc. 20] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

THUS, DONE AND SIGNED in Chambers, this 22ND day of December 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE